UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                    Case Number 08-22131 JHW

Debtor: Marjorie Lloyd

| Check Number | Creditor | Amount |
|---|---|---|
| 1693929 | Wells Fargo Home Mortgage, Inc. | 3058.03 |

*/s/ Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:   June 8, 2010